

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 03, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Fenorris Pearson, Sr. and Nicole L Pearson**, Debtor(s)

Bankruptcy Case No.: 15−10041−tmd

Chapter No.: 7

### ORDER STRIKING DOC# 10 FOR FAILURE TO TENDER DECLARATION FOR ELECTRONIC FILING

Pursuant to the Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts, made effective December 1, 2004, all electronic filers submitting original schedules and/or statements must complete the appropriate Declaration for Electronic Filing, which form must be physically signed and tendered to the clerk of the bankruptcy court. The form must be tendered within 5 days of the electronic filing of such schedules and/or statements. Failure to tender the Declaration as to any original statement and/or schedule, to the clerk of court within the time specified may result in the striking of the document, without further notice or hearing.

The appropriate Declaration for Electronic Filing was not timely tendered in this case. Doc.# 10 is accordingly stricken, without prejudice to refiling.

###