IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>FENNORIS PEARSON, SR.<br>AND NICOLE L PEARSON,<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10041-tmd |
| RONALD G. GARRIQUES,<br><br>Plaintiff,<br><br>v.<br><br>FENNORIS PEARSON, SR.,<br><br>Defendant. | Adv. No. 15-01074-tmd |

## STIPULATION OF DISMISSAL

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon stipulation of all parties to this action, by and through their undersigned counsel of record, this adversary proceeding is hereby dismissed with prejudice, with each party bearing its own costs.

| Fennoris Pearson, Sr. | Ronald G. Garriques |
|---|---|
| By: _[signature]_<br>One of His Attorneys | By: _[signature]_<br>One of His Attorneys |
| Jerry Rios, Esq.<br>Law Office of Jerry Rios<br>4611 Bee Cave Road, Suite 216<br>Austin, Texas 78746<br>Tel: (512) 501-6270<br>jrios@therioslawfirm.com<br><br>Dated: August 5, 2015 | Steve Jakubowski (admitted *pro hac vice*)<br>Robbins Salomon & Patt, Ltd.<br>180 N. LaSalle St., Suite 3300<br>Chicago, Illinois 60601<br>Tel: (312) 456-0191<br>sjakubowski@rsplaw.com<br><br>Dated: August 5, 2015 |